
# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING
## CRIMINAL MINUTE SHEET
## SENTENCING

Date:　　February 17, 2022　　　　Before the Honorable:　Scott W. Skavdahl

Time:　　9:36 - 10:49 a.m.　　　　　　　Interpreter:

Case No:　21-CR-81-SWS　　　　　Interpreter Phone:

☐ Non-Public Document

UNITED STATES OF AMERICA　　VS　　BRIAN LUKE WILLIAMS

| Kim Blonigen | Megan Strawn | Karen Bila | |
|---|---|---|---|
| Clerk | Reporter | Probation Officer | Marshal |

**APPEARANCES**　　　　　　Government:　Tim Gist

☐ CJA　☐ FPD　☑ RET　☐ WAIVED　Defendant:　Jay Vincent

Other:

☑ Defendant acknowledges having read the presentence report

☐ Objections to presentence report

☑ Witness(es)　C.M. (victim), M.M. (victim), Mia and Merrena Manzanares (victims' sisters), Margaret Williams (defenant's mother)

☐ Exhibits received by Court

**SENTENCING INFORMATION**

☐ Defendant is committed to custody

☑ Defendant is placed on **probation** for a period of　　3 years supervised probation with the first 6 months under home confinement. Defendant will be able to continue & maintain employment while on home confinement.

**CONDITIONS OF PROBATION/SUPERVISED RELEASE**

☑ Obey all laws, Federal, State & Local　　　☐ Report to Probation w/in 72 hours of release

☑ Abide by the standard conditions of supervision　☐ Provide complete financial disclosure as directed

☐ Home confinement for a period of　_____　☐ Electronic monitoring as directed by Probation

WY60　　　　　　　　　　　　　　　　　　　　　　　Rev. 01/21/2022

☑ Not use or possess firearms/ammunitions/explosives    ☑ Not use or possess controlled substances/drugs

☑ Not purchase, use or possess alcohol/intoxicants; frequent    ☐ Not open new lines of credit or incur new debt

   places where alcohol is bought, sold or dispensed    ☑ Submit to additional drug/alcohol testing and treatment

☐ Submit to mandatory drug testing (w/in 15 days of release)    ☐ Mandatory drug testing is waived

☐ Notify Probation of change in economic circumstance    ☐ DNA collection

☐ Notify employers of conviction    ☑ Cognitive/Behavioral Treatment

☐ Standard Sex Offender Conditions Apply    ☑ Submit to search as conducted by US Probation Officer

☐ Mental Health evaluation and follow through

☑ Other (continued from conditions of Probation/Supervised Release)

See Judgment for complete list of conditions.

## MONETARY IMPOSITIONS

☑ Defendant shall pay **special assessment(s)** in the amount of   $100.00   as to Count(s)   1

☑ Defendant shall pay **special assessment(s)** in the amount of   $100.00   as to Count(s)   2

           For a total of:   $200.00

☑ Special assessment is due and payable immediately

☑ Special assessment shall be paid through the Inmate Financial Responsibility Program and any balance not paid

   shall be paid during the term of supervision but no later than   60 days

   prior to the expiration of supervision

☑ Special assessment shall be paid in monthly installments of at least 10% of gross monthly income

during the term of supervision

☐ Special assessment remitted upon deportation of the defendant

☐ Other _____

☑ Defendant shall make **restitution** in the amount of   $172.00   as to Count(s)   1

          For a **total** of:   $172.00

☑ Restitution is due and payable immediately

☑ Restitution shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall

   be paid during the term of the supervision but no later than   60 days   prior to the expiration of supervision

☑ Restitution shall be paid in monthly installments of at least

10% of gross monthly income during the term of supervision

☐ Restitution shall be paid jointly and severally with _____ during the term of supervision

☑ Other   Restitution to remain open for 90 days

☐ Interest requirement for fine/restitution/special assessment is waived

## INMATE DETENTION STATUS

## MISCELLANEOUS